UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| LEROY FRANCE,<br><br>    Plaintiff,<br><br>  vs.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | ) Case No.: 1:15-cv-01068-SOH<br>)<br>)<br>)<br>) FIRST AMENDED COMPLAINT<br>)<br>)<br>)<br>)<br>) |

Plaintiff, Leroy France, on behalf of himself (hereinafter "Plaintiff"), by and through his undersigned attorney, hereby alleges against Defendant, Synchrony Bank. (hereinafter "Defendant"), as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, (hereinafter "TCPA").

## JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k (d).

3. Venue is proper in this district under 28 U.S.C §1391(b).

## **PARTIES**

4. Plaintiff is a natural person, who at all relevant times has resided in Smackover, Arkansas, 71762.

5. Defendant is a Bank with its corporate address as 950 Forrer Blvd., Kettering, Ohio 45420.

## **FACTUAL STATEMENT**

6. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 5 above and incorporates them as if set forth specifically herein.

7. Defendant has engaged in a course of activity intent on the collection of a debt derived from an issued credit card.

8. To this end, Defendant has made calls to Plaintiff's cellular phone.

9. Upon information and belief, Plaintiff has never provided consent, in any form, that would permit Defendant to place phone calls to his cellular phone, or any other device, which utilize an automated dialer system or that contain pre-recorded messages.

10. On May 4, 2015, Plaintiff explicitly told Defendant to stop calling him on his cell phone.

11. On at least four (4) other occasions, Plaintiff again told Defendant to stop calling him.

12. Despite this, Defendant has called Plaintiff a minimum of eighty-two (82) times between the dates of May 4, 2015 and August 8, 2015.

13.     The telephone calls received by Plaintiff were of varied nature. On some occasions, when Plaintiff would pick up the call, he heard a recorded message. On other occasions, he heard a beep, and then was asked to hold until the next agent was available.

14.     Upon information and belief, all calls placed by Defendant, to Plaintiff, were done so utilizing an automated dialer system, as same is defined by the TCPA.

15.     The telephone calls made by Defendant originated from: 973-534-2092.

16.     Upon information and belief, 973-534-2092 is owned or controlled by Defendant.

17.     Upon information and belief, Defendant was knowledgeable of the fact that the calls were being placed to a cellular device.

18.     Upon information and belief, Defendant was knowledgeable that all calls placed were done so utilizing an automated dialer system.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. § 227

19.     Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 18 above and incorporates them as if set forth specifically herein.

20.     Defendant has engaged in a course of activity intent on the collection of a debt derived from an issued credit card.

21.     To this end, Defendant has made calls to Plaintiff's cellular phone.

22.     Upon information and belief, Plaintiff has never provided consent, in any form, that would permit Defendant to place phone calls to his cellular phone, or any other device, which utilize an automated dialer system or that contain pre-recorded messages.

3

23. On May 4, 2015, Plaintiff explicitly told Defendant to stop calling him on his cell phone.

24. On at least four (4) other occasions, Plaintiff again told Defendant to stop calling him.

25. Despite this, Defendant has called Plaintiff a minimum of eighty-two (82) times between the dates of May 4, 2015 and August 8, 2015.

26. The telephone calls received by Plaintiff were of varied nature. On some occasions, when Plaintiff would pick up the call, he heard a recorded message. On other occasions, he heard a beep, and then was asked to hold until the next agent was available.

27. Upon information and belief, all calls placed by Defendant, to Plaintiff, were done so utilizing an automated dialer system, as same is defined by the TCPA.

28. The telephone calls made by Defendant originated from: 973-534-2092.

29. Upon information and belief, 973-534-2092 is owned or controlled by Defendant.

30. Upon information and belief, Defendant was knowledgeable of the fact that the calls were being placed to a cellular device.

31. Upon information and belief, Defendant was knowledgeable that all calls placed were done so utilizing an automated dialer system.

32. Defendant's actions constitute a minimum of eighty-two (82) separate violations of 47 U.S.C. §227(b)(1)(A)(iii), to which their falls no exemption to Defendant's behavior.

33. Plaintiff has been damaged and is entitled to relief.

WHEREFORE, Plaintiff, Leroy France, respectfully requests that this Court do the following for the benefit of Plaintiff:

a.  Enter an Order declaring Defendant's actions, as described above, in violation of the TCPA;

b.  Enter judgment against Defendant for all violations of 47 U.S.C. § 227b(1)(A)(iii) and award treble damages for all violations the Court deems willful; and

c.  Grant such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

34. Plaintiff demands a jury trial on all issues so triable.

Dated this 2nd of March, 2016

                                                  Respectfully Submitted,

                                                  _/s/ Camille Edmison____
                                                  C.M.Edmison-Wilhelmi, PLLC
                                                  7111 Indiana Ave. Apt. D-6
                                                  Little Rock, AR 72207
                                                  camille@lrattorney.com
                                                  (501) 350-9501
                                                  Attorney for Plaintiff