IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LEROY FRANCE                                                                                    PLAINTIFF

v.                                    Case No. 1:15-cv-1068

SYNCHRONY BANK                                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff Leroy France's Stipulation of Dismissal With Prejudice. (ECF No. 32). The parties have reached a settlement in this matter and Plaintiff now requests that all of his claims against Defendant Synchrony Bank be dismissed with prejudice, with each party bearing its own fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties. The instant stipulation of dismissal is signed by all parties to this matter.

Accordingly, all of Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. Each party shall bear its own fees and costs. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 24th day of April, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge